**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KANAT UMARBAEV,**<br>*Petitioner*,<br><br>v.<br><br>**J.L. JAMISON**, Warden of the Federal Detention Center, Philadelphia; **BRIAN MCSHANE**, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, United States Immigration and Customs Enforcement; **MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security; and **TODD BLANCHE**, United States Attorney General<br>*Respondents*. | **Civil No. 26-7510** |

**ORDER**

**AND NOW**, this 30th day of September, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Government shall respond to the petition by October 7, 2026. Petitioner shall file his reply, if any, on or before October 14, 2026.

**BY THE COURT:**

Mary Kay Costello

MARY KAY COSTELLO
United States District Judge